**DESIGN TECHNOLOGY GROUP, LLC, doing business as Bettie Page Clothing and DTG California Management, LLC, doing business as Bettie Page Clothing, Petitioners**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent**

**Vanessa Morris, Intervenor**

No. 14-1232
Consolidated with 14-1303
September Term, 2016

United States Court of Appeals,
District of Columbia Circuit.

Filed on: March 15, 2017

David Richard Koch, Koch & Scow LLC, Henderson, NV, for Petitioners

Ruth E. Burdick, Deputy Assistant General Counsel, Linda Dreeben, Deputy Associate General Counsel, John H. Ferguson, Associate General Counsel, Kellie J. Isbell, Attorney, National Labor Relations Board, (NLRB) Appellate and Supreme Court Litigation Branch, Washington, DC, for Respondent

David A. Rosenfeld, Weinberg Roger & Rosenfeld, Alameda, CA, for Intervenor for Respondent

Elizabeth Ann Gaudio, National Federation of Independent Business, Washington, DC, for Amicus Curiae for Petitioner

Before: Henderson and Tatel, Circuit Judges, and Randolph, Senior Circuit Judge.

## JUDGMENT

Per Curiam

These cases were considered on the record from the National Labor Relations Board and the briefs and supplemental briefs of the parties. The court has afforded the issues full consideration and has determined they do not warrant a published opinion. *See* Fed. R. App. P. 36; D.C.

**4**

Cir. R. 36(d). Upon consideration of the foregoing, it is

**ORDERED and ADJUDGED** that the cases are remanded for reconsideration of the remedy in light of changed circumstances.

The Clerk is directed to withhold issuance of the mandate until seven days after resolution of any timely petition for rehearing or rehearing en banc. *See* Fed. R. App. P. 41(b); D.C. Cir. R. 41(b).